FILE COPY



## Court of Appeals

**BRIAN QUINN**
Chief Justice

**JAMES T. CAMPBELL**
Justice

**PATRICK A. PIRTLE**
Justice

**JUDY C. PARKER**
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

November 17, 2017

Kristin M. Snyder
OGLETREE DEAKINS
8117 Preston Road, Suite 500
Dallas, TX 75225-6325
* DELIVERED VIA E-MAIL *

Ellen M. Sameth
Syreeta Alexander
OFFICE OF THE ATTORNEY GENERAL
P. O. Box 12548
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Nancy Nichols
1318 Hillcrest
Amarillo, TX 79106

**RE:** Case Number:  07-17-00236-CV, 07-17-00433-CV
Trial Court Case Number: 68,809-A

**Style:** In re Nurses License of Nancy Nichols

Dear Ms. Snyder, Ms. Sameth, Ms. Alexander, and Ms. Nichols:

The Court this day issued an opinion and judgment in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:    Honorable Dan L. Schaap (DELIVERED VIA E-MAIL)
Jo Carter (DELIVERED VIA E-MAIL)